PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 21-FEB-2006 FOR: 2002Z00446/001 PAGE: 1 OF 3

DEBTOR: Jordan, Bridgette Y.
COURT NUMBER: 00-287 JMR PRIORITY CODE: 02
CURRENT LIABILITY BALANCE: $7,959.80

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 6A | 07-NOV-2000 | OT/A | Jordan | | 4002370140 | | $50.00 | 18-OCT-2002 |
| 0003 | PMNT | 6A | 24-JAN-2001 | OT/A | Jordan | | 4002383190 | | $100.00 | 18-OCT-2002 |
| 0004 | PMNT | 6A | 05-FEB-2001 | OT/A | Jordan | | 4002384610 | | $10.00 | 18-OCT-2002 |
| 0005 | PMNT | 6A | 21-APR-2003 | OT/A | Jordan | | 400266603 | | $75.00 | 29-APR-2003 |
| 0007 | PMNT | 6A | 08-MAR-2004 | GC/H | Saint Therese | | 400272862 | | $454.00 | 09-MAR-2004 |
| 0008 | PMNT | 6A | 22-MAR-2004 | GC/H | Saint Therese | | 400273171 | | $75.00 | 23-MAR-2004 |
| 0009 | PMNT | 6A | 05-APR-2004 | GC/H | St. Therese | | 700431142 | | $75.00 | 06-APR-2004 |
| 0010 | PMNT | 6A | 19-APR-2004 | GC/H | Saint Therese | | 700431324 | | $75.00 | 20-APR-2004 |
| 0011 | PMNT | 6A | 03-MAY-2004 | GC/H | St. Therese | | 400274002 | | $75.00 | 04-MAY-2004 |
| 0012 | PMNT | 6A | 17-MAY-2004 | GC/H | St. Therese | | 400274311 | | $75.00 | 18-MAY-2004 |
| 0013 | PMNT | 6A | 01-JUN-2004 | GC/H | Saint Therese | | 400274551 | | $75.00 | 02-JUN-2004 |
| 0014 | PMNT | 6A | 14-JUN-2004 | GC/H | Saint Therese | | 400274810 | | $75.00 | 14-JUN-2004 |
| 0015 | PMNT | 6A | 28-JUN-2004 | GC/H | St. Therese Inc. | | 400275060 | | $75.00 | 29-JUN-2004 |
| 0016 | PMNT | 6A | 12-JUL-2004 | GC/H | St. Therese | | 400275283 | | $75.00 | 13-JUL-2004 |
| 0017 | PMNT | 6A | 26-JUL-2004 | GC/H | St. Therese | | 400275723 | | $75.00 | 26-JUL-2004 |
| 0018 | PMNT | 6A | 09-AUG-2004 | GC/H | St. Therese | | 400276000 | | $75.00 | 10-AUG-2004 |
| 0019 | PMNT | 6A | 23-AUG-2004 | GC/H | Saint Therese Inc | | 400276280 | | $75.00 | 24-AUG-2004 |
| 0020 | PMNT | 6A | 07-SEP-2004 | GC/H | St. Therese | | 700432618 | | $75.00 | 07-SEP-2004 |
| 0021 | PMNT | 6A | 20-SEP-2004 | GC/H | St. Therese Inc. | | 400276773 | | $75.00 | 21-SEP-2004 |
| 0022 | PMNT | 6A | 04-OCT-2004 | GC/H | St. Therese | | 400276994 | | $75.00 | 04-OCT-2004 |
| 0023 | PMNT | 6A | 18-OCT-2004 | GC/H | St. Therese | | 400277427 | | $75.00 | 19-OCT-2004 |
| 0024 | PMNT | 6A | 01-NOV-2004 | GC/H | St. Therese | | 400277568 | | $75.00 | 01-NOV-2004 |
| 0025 | PMNT | 6A | 15-NOV-2004 | CL/A | St. Therese | | 400277838 | | $75.00 | 16-NOV-2004 |
| 0026 | PMNT | 6A | 29-NOV-2004 | GC/H | St. Therese Inc | | 400277962 | | $75.00 | 29-NOV-2004 |
| 0027 | PMNT | 6A | 13-DEC-2004 | GC/H | St. Therese | | 400278235 | | $75.00 | 13-DEC-2004 |
| 0028 | PMNT | 6A | 27-DEC-2004 | GC/H | St. Therese | | 400278341 | | $75.00 | 04-JAN-2005 |
| 0029 | PMNT | 6A | 11-JAN-2005 | GC/H | St. Therese | | 400278891 | | $75.00 | 12-JAN-2005 |
| 0030 | PMNT | 6A | 24-JAN-2005 | GC/H | St. Therese | | 400279722 | | $75.00 | 24-JAN-2005 |
| 0031 | PMNT | 6A | 07-FEB-2005 | GC/H | St. Therese | | 400280150 | | $75.00 | 07-FEB-2005 |
| 0032 | PMNT | 6A | 22-FEB-2005 | GC/H | St. Therese | | 400280769 | | $75.00 | 22-FEB-2005 |
| 0033 | PMNT | 6A | 07-MAR-2005 | GC/H | St. Therese | | 400280965 | | $75.00 | 07-MAR-2005 |
| 0034 | PMNT | 6A | 21-MAR-2005 | GC/H | St. Therese | | 700434624 | | $75.00 | 21-MAR-2005 |
| 0035 | PMNT | 6A | 04-APR-2005 | GC/H | St. Therese | | 400281488 | | $75.00 | 05-APR-2005 |
| 0036 | PMNT | 6A | 18-APR-2005 | GC/H | St. Therese | | 400282725 | | $75.00 | 18-APR-2005 |
| 0037 | PMNT | 6A | 02-MAY-2005 | GC/H | St. Therese | | 400283199 | | $75.00 | 02-MAY-2005 |
| 0038 | PMNT | 6A | 16-MAY-2005 | GC/H | St. Therese | | 400283808 | | $75.00 | 16-MAY-2005 |
| 0039 | PMNT | 6A | 31-MAY-2005 | GC/H | St. Therese | | 400284084 | | $75.00 | 31-MAY-2005 |
| 0040 | PMNT | 6A | 13-JUN-2005 | GC/H | St. Therese | | 400284287 | | $75.00 | 13-JUN-2005 |
| 0041 | PMNT | 6A | 27-JUN-2005 | CL/A | Jordan | | | | $75.00 | 11-JUL-2005 |
| 0042 | PMNT | 6A | 13-JUL-2005 | CL/A | Jordan | | 435957 | | $75.00 | 15-JUL-2005 |
| 0043 | PMNT | 6A | 25-JUL-2005 | CL/A | Jordan | | 436246 | | $75.00 | 29-JUL-2005 |
| 0044 | PMNT | 6A | 08-AUG-2005 | CL/A | Jordan | | 286235 | | $75.00 | 09-AUG-2005 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0045 | PMNT | 6A | 22-AUG-2005 | CL/A | Jordan | 286539 | $75.00 | 23-AUG-2005 |
| 0046 | PMNT | 6A | 06-SEP-2005 | CL/A | Jordan | 286846 | $75.00 | 07-SEP-2005 |
| 0047 | PMNT | 6A | 19-SEP-2005 | CL/A | Bridgette | 287101 | $75.00 | 21-SEP-2005 |
| 0048 | PMNT | 6A | 03-OCT-2005 | CL/A | Jordan | 287314 | $75.00 | 06-OCT-2005 |
| 0049 | PMNT | 6A | 17-OCT-2005 | CL/A | Jordan | 288043 | $75.00 | 18-OCT-2005 |
| 0050 | PMNT | 6A | 31-OCT-2005 | CL/A | Jordan | 288924 | $75.00 | 03-NOV-2005 |
| 0051 | PMNT | 6A | 14-NOV-2005 | CL/A | Jordan | 289312 | $75.00 | 15-NOV-2005 |
| 0052 | PMNT | 6A | 28-NOV-2005 | CL/A | Jordan | 289807 | $75.00 | 29-NOV-2005 |
| 0053 | PMNT | 6A | 12-DEC-2005 | CL/A | Jordan | 290163 | $75.00 | 13-DEC-2005 |
| 0054 | PMNT | 6A | 27-DEC-2005 | CL/A | Bridgette | 438905 | $75.00 | 29-DEC-2005 |
| 0055 | PMNT | 6A | 12-JAN-2006 | CL/A | Jordan | 439067 | $75.00 | 13-JAN-2006 |
| 0056 | PMNT | 6A | 23-JAN-2006 | CL/A | Bridgette | 290976 | $75.00 | 24-JAN-2006 |

Total Payments for Debtor: $4,364.00