CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CRIMINAL NO. 00-287 JMR |
| v. | ) | |
| BRIDGETTE Y. JORDAN, Defendant. | ) | |

I hereby certify that on 2/22/06, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Bridgette Y. Jordan
XXXX X XXXX XXXXXX XXXXX
XXXXXXXXX XXX
Brooklyn Park, MN 55429

ATTN: Evy Taylor
St. Therese Care Center
XXXX XXXX XXXX XXXX
New Hope, MN 55428

s/Stacey E. Kulevich
STACEY E. KULEVICH