PAYMENT HISTORY REPORT

FOR: 2002Z00446/001

DEBTOR: Jordan, Bridgette Y.



COURT NUMBER: 00-287 JMR

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | PMNT | 6A | 08-MAR-2004 | GC/H | Saint Therese | | 400272862 | | | $454.00 | 09-MAR-2004 |
| 0008 | PMNT | 6A | 22-MAR-2004 | GC/H | Saint Therese | | 400273171 | | | $75.00 | 23-MAR-2004 |
| 0009 | PMNT | 6A | 05-APR-2004 | GC/H | St. Therese | | 700431142 | | | $75.00 | 06-APR-2004 |
| 0010 | PMNT | 6A | 19-APR-2004 | GC/H | Saint Therese | | 700431324 | | | $75.00 | 20-APR-2004 |
| 0011 | PMNT | 6A | 03-MAY-2004 | GC/H | St. Therese | | 400274002 | | | $75.00 | 04-MAY-2004 |
| 0012 | PMNT | 6A | 17-MAY-2004 | GC/H | St. Therese | | 400274311 | | | $75.00 | 18-MAY-2004 |
| 0013 | PMNT | 6A | 01-JUN-2004 | GC/H | Saint Therese | | 400274551 | | | $75.00 | 02-JUN-2004 |
| 0014 | PMNT | 6A | 14-JUN-2004 | GC/H | Saint Therese | | 400274810 | | | $75.00 | 14-JUN-2004 |
| 0015 | PMNT | 6A | 28-JUN-2004 | GC/H | St. Therese Inc. | | 400275060 | | | $75.00 | 29-JUN-2004 |
| 0016 | PMNT | 6A | 12-JUL-2004 | GC/H | St. Therese | | 400275283 | | | $75.00 | 13-JUL-2004 |
| 0017 | PMNT | 6A | 26-JUL-2004 | GC/H | St. Therese | | 400275723 | | | $75.00 | 26-JUL-2004 |
| 0018 | PMNT | 6A | 09-AUG-2004 | GC/H | St. Therese | | 400276000 | | | $75.00 | 10-AUG-2004 |
| 0019 | PMNT | 6A | 23-AUG-2004 | GC/H | Saint Therese Inc | | 400276280 | | | $75.00 | 24-AUG-2004 |
| 0020 | PMNT | 6A | 07-SEP-2004 | GC/H | St. Therese | | 700432618 | | | $75.00 | 07-SEP-2004 |
| 0021 | PMNT | 6A | 20-SEP-2004 | GC/H | St. Therese Inc. | | 400276773 | | | $75.00 | 21-SEP-2004 |
| 0022 | PMNT | 6A | 04-OCT-2004 | GC/H | St. Therese | | 400276994 | | | $75.00 | 04-OCT-2004 |
| 0023 | PMNT | 6A | 18-OCT-2004 | GC/H | St. Therese | | 400277427 | | | $75.00 | 19-OCT-2004 |
| 0024 | PMNT | 6A | 01-NOV-2004 | GC/H | St. Therese | | 400277568 | | | $75.00 | 01-NOV-2004 |
| 0025 | PMNT | 6A | 15-NOV-2004 | CL/A | St. Therese | | 400277838 | | | $75.00 | 16-NOV-2004 |
| 0026 | PMNT | 6A | 29-NOV-2004 | GC/H | St. Therese Inc | | 400277962 | | | $75.00 | 29-NOV-2004 |
| 0027 | PMNT | 6A | 13-DEC-2004 | GC/H | St. Therese | | 400278235 | | | $75.00 | 13-DEC-2004 |

DEBTOR: Jordan, Bridgette Y. 

COURT NUMBER: 00-287 JMR

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0028 | PMNT | 6A | 27-DEC-2004 | GC/H | St. Therese | | 400278341 | | | $75.00 | 04-JAN-2005 |
| 0029 | PMNT | 6A | 11-JAN-2005 | GC/H | St. Therese | | 400278891 | | | $75.00 | 12-JAN-2005 |
| 0030 | PMNT | 6A | 24-JAN-2005 | GC/H | St. Therese | | 400279722 | | | $75.00 | 24-JAN-2005 |
| 0031 | PMNT | 6A | 07-FEB-2005 | GC/H | St. Therese | | 400280150 | | | $75.00 | 07-FEB-2005 |
| 0032 | PMNT | 6A | 22-FEB-2005 | GC/H | St. Therese | | 400280769 | | | $75.00 | 22-FEB-2005 |
| 0033 | PMNT | 6A | 07-MAR-2005 | GC/H | St. Therese | | 400280965 | | | $75.00 | 07-MAR-2005 |
| 0034 | PMNT | 6A | 21-MAR-2005 | GC/H | St. Therese | | 700434624 | | | $75.00 | 21-MAR-2005 |
| 0035 | PMNT | 6A | 04-APR-2005 | GC/H | St. Therese | | 400281488 | | | $75.00 | 05-APR-2005 |
| 0036 | PMNT | 6A | 18-APR-2005 | GC/H | St. Therese | | 400282725 | | | $75.00 | 18-APR-2005 |
| 0037 | PMNT | 6A | 02-MAY-2005 | GC/H | St. Therese | | 400283199 | | | $75.00 | 02-MAY-2005 |
| 0038 | PMNT | 6A | 16-MAY-2005 | GC/H | St. Therese | | 400283808 | | | $75.00 | 16-MAY-2005 |
| 0039 | PMNT | 6A | 31-MAY-2005 | GC/H | St. Therese | | 400284084 | | | $75.00 | 31-MAY-2005 |
| 0040 | PMNT | 6A | 13-JUN-2005 | GC/H | St. Therese | | 400284287 | | | $75.00 | 13-JUN-2005 |
| 0041 | PMNT | 6A | 27-JUN-2005 | CL/A | Jordan | | | | | $75.00 | 11-JUL-2005 |
| 0042 | PMNT | 6A | 13-JUL-2005 | CL/A | Jordan | | 435957 | | | $75.00 | 15-JUL-2005 |
| 0043 | PMNT | 6A | 25-JUL-2005 | CL/A | Jordan | | 436246 | | | $75.00 | 29-JUL-2005 |
| 0044 | PMNT | 6A | 08-AUG-2005 | CL/A | Jordan | | 286235 | | | $75.00 | 09-AUG-2005 |
| 0045 | PMNT | 6A | 22-AUG-2005 | CL/A | Jordan | | 286539 | | | $75.00 | 23-AUG-2005 |
| 0046 | PMNT | 6A | 06-SEP-2005 | CL/A | Jordan | | 286846 | | | $75.00 | 07-SEP-2005 |
| 0047 | PMNT | 6A | 19-SEP-2005 | CL/A | Bridgette | | 287101 | | | $75.00 | 21-SEP-2005 |
| 0048 | PMNT | 6A | 03-OCT-2005 | CL/A | Jordan | | 287314 | | | $75.00 | 06-OCT-2005 |
| 0049 | PMNT | 6A | 17-OCT-2005 | CL/A | Jordan | | 288043 | | | $75.00 | 18-OCT-2005 |
| 0050 | PMNT | 6A | 31-OCT-2005 | CL/A | Jordan | | 288924 | | | $75.00 | 03-NOV-2005 |
| 0051 | PMNT | 6A | 14-NOV-2005 | CL/A | Jordan | | 289312 | | | $75.00 | 15-NOV-2005 |

DEBTOR: Jordan, Bridgette Y.



COURT NUMBER: 00-287 JMR

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052 | PMNT | 6A | 28-NOV-2005 | CL/A | Jordan | | 289807 | | | $75.00 | 29-NOV-2005 |
| 0053 | PMNT | 6A | 12-DEC-2005 | CL/A | Jordan | | 290163 | | | $75.00 | 13-DEC-2005 |
| 0054 | PMNT | 6A | 27-DEC-2005 | CL/A | Bridgette | | 438905 | | | $75.00 | 29-DEC-2005 |
| 0055 | PMNT | 6A | 12-JAN-2006 | CL/A | Jordan | | 439067 | | | $75.00 | 13-JAN-2006 |
| 0056 | PMNT | 6A | 23-JAN-2006 | CL/A | Bridgette | | 290976 | | | $75.00 | 24-JAN-2006 |
| 0057 | PMNT | 6A | 06-FEB-2006 | CL/A | Jordan | | 4641000920 | | | $75.00 | 27-FEB-2006 |
| 0058 | PMNT | 6A | 21-FEB-2006 | CL/A | Jordan | | 4641001340 | | | $75.00 | 01-MAR-2006 |
| 0059 | PMNT | 6A | 06-MAR-2006 | CL/A | Jordan | | 4641001735 | | | $75.00 | 13-MAR-2006 |
| 0060 | PMNT | 6A | 20-MAR-2006 | CL/A | B. JORDAN | | 4-2109 | | | $75.00 | 27-MAR-2006 |
| 0061 | PMNT | 6A | 03-APR-2006 | CL/A | Jordan | | 4641002464 | | | $75.00 | 10-APR-2006 |
| 0062 | PMNT | 6A | 01-MAY-2006 | GC/H | St. Therese | | 4641003241 | | | $75.00 | 04-MAY-2006 |
| 0063 | PMNT | 6A | 17-APR-2006 | CL/A | Jordan | | 4641002889 | | | $75.00 | 05-MAY-2006 |
| 0065 | PMNT | 6A | 15-MAY-2006 | GC/H | St. Therese | | 4641003685 | | | $75.00 | 16-MAY-2006 |
| 0066 | PMNT | 6A | 30-MAY-2006 | GC/H | Saint Therese Inc | | 4641004020 | | | $75.00 | 01-JUN-2006 |
| 0067 | PMNT | 6A | 12-JUN-2006 | GC/H | St. Therese | | 4641004365 | | | $75.00 | 16-JUN-2006 |
| 0068 | PMNT | 6A | 27-JUN-2006 | GC/H | Saint Therese | | 4641004879 | | | $75.00 | 28-JUN-2006 |
| 0069 | PMNT | 6A | 10-JUL-2006 | GC/H | Saint Therese | | 4641005266 | | | $75.00 | 12-JUL-2006 |
| 0070 | PMNT | 6A | 24-JUL-2006 | GC/H | Saint Therese, Inc. | | 5577 | | | $75.00 | 25-JUL-2006 |
| 0071 | PMNT | 6A | 07-AUG-2006 | GC/H | St. Therese Inc | | 5927 | | | $75.00 | 08-AUG-2006 |
| 0072 | PMNT | 6A | 21-AUG-2006 | GC/H | St. Therese Inc. | | 6258 | | | $75.00 | 22-AUG-2006 |

DEBTOR: Jordan, Bridgette Y.



COURT NUMBER: 00-287 JMR

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0073 | PMNT | 6A | 05-SEP-2006 | GC/H | St. Therese Inc. | | 6608 | | | $75.00 | 06-SEP-2006 |
| 0074 | PMNT | 6A | 18-SEP-2006 | GC/H | St. Therese Inc. | | 6976 | | | $75.00 | 19-SEP-2006 |
| 0075 | PMNT | 6A | 02-OCT-2006 | GC/H | St. Therese Inc. | | 7310 | | | $75.00 | 03-OCT-2006 |
| 0076 | PMNT | 6A | 16-OCT-2006 | GC/H | St. Theresa Inc. | | 7696 | | | $75.00 | 17-OCT-2006 |
| 0077 | PMNT | 6A | 30-OCT-2006 | GC/H | St. Therese Inc. | | 8013 | | | $75.00 | 31-OCT-2006 |
| 0078 | PMNT | 6A | 13-NOV-2006 | GC/H | St. Therese Inc. | | 8389 | | | $75.00 | 14-NOV-2006 |
| 0079 | PMNT | 6A | 27-NOV-2006 | GC/H | St. Therese Inc. | | 8669 | | | $75.00 | 28-NOV-2006 |
| 0080 | PMNT | 6A | 26-DEC-2006 | GC/H | St. Therese | | 9487 | | | $75.00 | 28-DEC-2006 |