# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 00-287 JMR |
| BRIDGETTE Y. JORDAN, | ) | |
| Defendant, | ) | |
| ST. THERESE CARE CENTER, | ) | |
| Garnishee. | ) | |

I hereby certify that on *3/21/07* I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressees:

Bridgette Y. Jordan
XXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXX
Brooklyn Park, MN 55429

St. Therese Care Center
8000 Bass Lake Road
New Hope, MN 55428
Attn: Human Resources

*s/C. Ann Dasovich*